1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture
5  FRANK D. KORTUM
   Assistant United States Attorney
6  Asset Forfeiture Section
   California Bar No. 110984
7       United States Courthouse
        312 North Spring Street, 14th Floor
8       Los Angeles, California 90012
        Telephone:  (213) 894-5710
9       Facsimile:  (213) 894-7177
        E-Mail:  Frank.Kortum@usdoj.gov
10
11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12
                    UNITED STATES DISTRICT COURT
13
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
                         SOUTHERN DIVISION
15

16 UNITED STATES OF AMERICA,        ) No.: SACV 14-00206-DOC (ANx)
                                    )
17           Plaintiff,             )
                                    )
18      vs.                         ) **CONSENT JUDGMENT**
                                    )
19 $721,701.00 SEIZED FROM MERRILL  )
   LYNCH BROKERAGE ACCOUNT          )
20 NO.'2504; $398,093.00 SEIZED     )
   FROM CREDIT SUISSE BROKERAGE     )
21 ACCOUNT NO. '5863; $234,915.00   )
   SEIZED FROM FIDELITY BROKERAGE   )
22 SERVICES, LLC BROKERAGE ACCOUNT  )
   NO. '5228; $201,000.00 SEIZED    )
23 FROM FIDELITY BROKERAGE          )
   SERVICES, LLC BROKERAGE ACCOUNT  )
24 NO. '8194; $150,918.00 SEIZED    )
   FROM CITIGROUP GLOBAL MARKETS,   )
25 INC. BROKERAGE ACCOUNT NO.       )
   '2856; $110,344.41 SEIZED FROM   )
26 WELLS FARGO BANK ACCOUNT NO.     )
   '3577; $59,599.00 SEIZED FROM    )
27 CREDIT SUISSE BROKERAGE ACCOUNT  )
   NO. '7108; $59,561.00 SEIZED     )
28 FROM CREDIT SUISSE BROKERAGE     )

```
 1  ACCOUNT NO. '7090; $59,558.00    )
    SEIZED FROM CREDIT SUISSE        )
 2  BROKERAGE ACCOUNT NO. '7082;     )
    AND $59,526.00 SEIZED FROM       )
 3  CREDIT SUISSE BROKERAGE ACCOUNT )
    NO. '7074,                       )
 4                                   )
              Defendants.            )
 5  _____ )
    DOUGLAS V. DECINCES; KRISTI      )
 6  DECINCES; DECINCES REVOCABLE     )
    LIVING TRUST, UAD MAY 28, 1986; )
 7  DECINCES REVOCABLE LIVING        )
    TRUST, UAD FEBRUARY 2, 1994;     )
 8  DECINCES REVOCABLE LIVING        )
    TRUST, UAD JUNE 28, 2001;        )
 9  DOUGLAS V. DECINCES AS           )
    CUSTODIAN FOR B.W.; DOUGLAS V.   )
10  DECINCES AS CUSTODIAN FOR P.D.; )
    DOUGLAS V. DECINCES AS           )
11  CUSTODIAN FOR D.D.; AND DOUGLAS )
    V. DECINCES AS CUSTODIAN FOR     )
12  R.D.,                            )
                                     )
13            Claimants.             )
    _____ )
14
```

This civil forfeiture action was commenced on February 12, 2014.  Claimants Douglas V. DeCinces ("DeCinces"); Kristi DeCinces; DeCinces Revocable Living Trust, UAD May 28, 1986; DeCinces Revocable Living Trust, UAD February 2, 1994; DeCinces Revocable Living Trust, UAD June 28, 2001; Douglas V. DeCinces as Custodian for B.W.; Douglas V. DeCinces as Custodian for P.D.; Douglas V. DeCinces as Custodian for D.D.; Douglas V. DeCinces as Custodian for R.D. (the "DeCinces Claimants") are deemed to have filed a claims and answers in this action.  No other person is believed to have any claims to the defendant assets except for Timothy DeCinces, Melissa DeCinces, Eddie C. Murray, Janice Murray, Roger A. Wittenbach, Janet K. Wittenbach, Thomas Williams, and Amy Williams.

Plaintiff and the DeCinces Claimants have made a stipulated request for the entry of this consent judgment of forfeiture resolving the claims of the DeCinces Claimants concerning the following defendant assets:

       a.  $721,701.00 seized from Merrill Lynch Brokerage Account No.'2504 (Asset ID No. 09-IRS-000989);

       b. $398,093.00 seized from Credit Suisse Brokerage Account No. '5863 (Asset ID No. 09-IRS-000990);

       c. $234,915.00 seized from Fidelity Brokerage Services, LLC Brokerage Account No. '5228 (Asset ID No. 09-IRS-000995);

       d. $201,000.00 seized from Fidelity Brokerage Services, LLC Brokerage Account No. '8194 (Asset ID No. 09-IRS-001114);

       e. $150,918.00 seized from Citigroup Global Markets, Inc. Brokerage Account No. '2856 (Asset ID No. 09-IRS-000996);

       f. $110,344.41 seized from Wells Fargo Bank Account No. '3577 (Asset ID No. 09-IRS-000994);

       g. $59,599.00 seized from Credit Suisse Brokerage Account No. '7108 (Asset ID No. 09-IRS-000993);

       h. $59,561.00 seized from Credit Suisse Brokerage Account No. '7090 (Asset ID No. 09-IRS-000992);

       i. $59,558.00 seized from Credit Suisse Brokerage Account No. '7082 (Asset ID No. 09-IRS-000991); and

       j. $59,526.00 seized from Credit Suisse Brokerage Account No. '7074 (Asset ID No. 09-IRS-000988)

1    Plaintiff and Claimants have made a stipulated request for

2  the entry of this consent judgment of forfeiture in part to

3  establish the rights of the United States to the funds seized

4  from the DeCinces accounts as set forth in the provisions of a

5  consent judgment entered on August 9, 2011, in a civil complaint

6  filed by the Securities and Exchange Commission ("SEC") against

7  DeCinces and others based on the same allegations of insider

8  trading as set forth in the complaint herein.  See Securities

9  and Exchange Commission v. DeCinces, No. SA CV 11-01168 DOC

10  (ANx).  Specifically, the SEC consent judgment established the

11  liability of DeCinces to the SEC in the amount of $1,197,998.00

12  under Section 21A of the Exchange Act [15 U.S.C. § 78u-1]; (2)

13  disgorgement of $1,282,691.00, representing profits gained as a

14  result of the conduct alleged in the SEC's complaint; and (3)

15  prejudgment interest in the amount of $19,311.00.  The final

16  judgment in the SEC action also provides that the liability of

17  DeCinces for the civil penalty and disgorgement amounts shall be

18  offset by the $1,358,038.00 seized on or about July 20, 2009

19  from the DeCinces Accounts, provided that the $1,358,038.00 is

20  retained by the United States as a result of the United States'

21  filing of any civil or criminal proceeding for the purpose of

22  establishing the rights of the United States to the

23  $1,358,038.00.  The complaint in this action constitutes a

24  proceeding for the purpose of establishing the rights of the

25  United States to the $1,358,038.00.

26    The Court has been duly advised of and has considered the

27  matter.  Based upon the mutual consent of the parties hereto and

28  good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES**

1   **AND DECREES** that the United States of America shall have

2   judgment against the interests of the DeCinces Claimants (and

3   any other potential claimants other than Timothy DeCinces,

4   Melissa DeCinces, Eddie C. Murray, Janice Murray, Roger A.

5   Wittenbach, Janet K. Wittenbach, Thomas Williams, and Amy

6   Williams, whose interests remain to be adjudicated) as to the

7   defendant assets and no other person or entity shall have any

8   right, title, or interest therein.

9        The Court finds that there was reasonable cause for the

10  seizure of the defendant assets and the institution of this

11  action.  This consent judgment shall be construed as a

12  certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

13  Each of the parties shall bear its own fees and costs in

14  connection with the seizure, retention and forfeiture of the

15  defendant assets.

16  DATED: March 30, 2014

17

18                              THE HONORABLE ANDREW J. GUILFORD
                                UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28