```
 1  STEPHANIE YONEKURA
    Acting United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 110984
 7       United States Courthouse
         312 North Spring Street, 14th Floor
 8       Los Angeles, California 90012
         Telephone:  (213) 894-5710
 9       Facsimile:  (213) 894-7177
         E-Mail:  Frank.Kortum@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) No.: SACV 14-00206-AG (JPRx) |
|---|---|
| Plaintiff, | ) ~~[PROPOSED]~~ |
| vs. | ) **CONSENT JUDGMENT** [40] |
| $721,701.00 SEIZED FROM MERRILL LYNCH BROKERAGE ACCOUNT NO.'2504; $398,093.00 SEIZED FROM CREDIT SUISSE BROKERAGE ACCOUNT NO. '5863; $234,915.00 SEIZED FROM FIDELITY BROKERAGE SERVICES, LLC BROKERAGE ACCOUNT NO. '5228; $201,000.00 SEIZED FROM FIDELITY BROKERAGE SERVICES, LLC BROKERAGE ACCOUNT NO. '8194; $150,918.00 SEIZED FROM CITIGROUP GLOBAL MARKETS, INC. BROKERAGE ACCOUNT NO. '2856; $110,344.41 SEIZED FROM WELLS FARGO BANK ACCOUNT NO. '3577; $59,599.00 SEIZED FROM CREDIT SUISSE BROKERAGE ACCOUNT NO. '7108; $59,561.00 SEIZED FROM CREDIT SUISSE BROKERAGE ACCOUNT NO. '7090; $59,558.00 SEIZED FROM CREDIT SUISSE | ) **[This Judgment disposes of one of the defendant assets and one claimant. It is not case-dispositive]** |

1

```
BROKERAGE ACCOUNT NO. '7082;    )
AND $59,526.00 SEIZED FROM      )
CREDIT SUISSE BROKERAGE ACCOUNT )
NO. '7074,                      )
                                )
          Defendants.           )
_____)
                                )
TIMOTHY DECINCES,               )
                                )
          Claimant.             )
_____)
```

This civil forfeiture action was commenced on February 12, 2014. Timothy DeCinces ("DeCinces") (the "Claimant") filed a timely claim on March 19, 2014 to the defendant $150,918 seized from Citigroup Global Markets, Inc. Brokerage Account No. '2856 (Asset ID No. 09-IRS-0996) ("defendant asset"). Dkt. 9. No party other than DeCinces has made a claim against the defendant asset and no other party is believed to have an interest in the defendant asset. Plaintiff and Claimant have made a stipulated request for the entry of this consent judgment of forfeiture resolving all claims concerning the defendant asset.

The Court has been duly advised of and has considered the matter. Based upon the Stipulation and mutual consent of plaintiff United States and DeCinces, and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** as follows:

**$75,459.00** of the $150,918 seized from Citigroup Global Markets, Inc. Brokerage Account '2856 and fifty percent (50%) of all interest earned by the government on the entirety of the defendant asset since seizure, shall be forfeited to the United States, and no other right, title, or interest shall exist therein. The remaining portion of the defendant asset,

1 **$75,459.00**, and fifty percent (50%) of all interest earned by
2 the government on the entirety of the defendant asset since
3 seizure, shall be returned to the Claimant.  The funds are to be
4 made payable via ACH deposit to the Trust Account of the Law
5 Office of David W. Wiechert at David W. Wiechert Law Offices,
6 115 Avenida Miramar, San Clemente, California 92672.  Claimant
7 shall provide all information needed by the government to make
8 said payment in accordance with federal law.
9      The Court finds that there was reasonable cause for the
10 seizure of the defendant asset and the institution of this
11 action against the defendant asset.  This consent judgment shall
12 be construed as a certificate of reasonable cause pursuant to 28
13 U.S.C. § 2465.  Each of the parties shall bear its own fees and
14 costs in connection with the seizure, retention and forfeiture
15 of the defendant asset.

16 DATED: March 27, 2015        /s/ David O. Carter
17                              THE HONORABLE DAVID O. CARTER
                                 UNITED STATES DISTRICT JUDGE
18
   Presented by:
19
   STEPHANIE YONEKURA
20 Acting United States Attorney
   ROBERT E. DUGDALE
21 Assistant United States Attorney
22 Chief, Criminal Division
   STEVEN R. WELK
23 Assistant United States Attorney
   Chief, Asset Forfeiture Section
24

25         /S/
   FRANK D. KORTUM
26 Assistant United States Attorney

27 Attorney for Plaintiff
28 UNITED STATES OF AMERICA

3