STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
    E-Mail:  Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    vs.<br><br>$721,701.00 SEIZED FROM MERRILL LYNCH BROKERAGE ACCOUNT NO.'2504; $398,093.00 SEIZED FROM CREDIT SUISSE BROKERAGE ACCOUNT NO. '5863; $234,915.00 SEIZED FROM FIDELITY BROKERAGE SERVICES, LLC BROKERAGE ACCOUNT NO. '5228; $201,000.00 SEIZED FROM FIDELITY BROKERAGE SERVICES, LLC BROKERAGE ACCOUNT NO. '8194; $150,918.00 SEIZED FROM CITIGROUP GLOBAL MARKETS, INC. BROKERAGE ACCOUNT NO. '2856; $110,344.41 SEIZED FROM WELLS FARGO BANK ACCOUNT NO. '3577; $59,599.00 SEIZED FROM CREDIT SUISSE BROKERAGE ACCOUNT NO. '7108; $59,561.00 SEIZED FROM CREDIT SUISSE BROKERAGE ACCOUNT NO. '7090; $59,558.00 | No.: SACV 14-00206-DOC (ANx)<br><br>**CONSENT JUDGMENT [42]**<br><br>**[This Judgment resolves the claims of claimants Thomas Williams and Amy Williams.  It is not case-dispositive as to any other claimants.]** |

1

|   |   |
|---|---|
| SEIZED FROM CREDIT SUISSE BROKERAGE ACCOUNT NO. '7082; AND $59,526.00 SEIZED FROM CREDIT SUISSE BROKERAGE ACCOUNT NO. '7074, <br><br>          Defendants. <br>_____ <br>THOMAS WILLIAMS AND AMY WILLIAMS, <br><br>          Claimants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

This civil forfeiture action was commenced on February 12, 2014. Thomas Williams ("T. Williams") and Amy Williams and ("A. Williams") (the "Claimants") filed a timely claim on March 19, 2014 to the defendant $110,344.41 seized from Wells Fargo Bank Account '3577 (Asset ID No. 09-IRS-000994) Dkt. 10 and 11. No party other than T. Williams and A. Williams has made a claim against the defendant asset and no other party is believed to have an interest in the defendant asset. Plaintiff and Claimants have made a stipulated request for the entry of this consent judgment of forfeiture resolving all claims concerning the defendant asset.

The Court has been duly advised of and has considered the matter. Based upon the Stipulation and mutual consent of plaintiff United States, T. Williams and A. Williams, and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** as follows:

**$55,172.20** of the $110,344.41 seized from Wells Fargo Bank Account '3577 and fifty percent (50%) of all interest earned by the government on the entirety of the defendant asset since seizure, shall be forfeited to the United States, and no other right, title, or interest shall exist therein. The remaining

portion of the defendant asset, **$55,172.21**, and fifty percent (50%) of all interest earned by the government on the entirety of the defendant asset since seizure, shall be returned to the Claimants.  The funds are to be made payable via ACH deposit to the Trust Account of the Law Offices of Steven M. Goldsobel, A Professional Corporation, 1900 Avenue of the Stars, Suite 1800, Los Angeles, California 90067.  Claimants shall provide all information needed by the government to make said payment in accordance with federal law.

The Court finds that there was reasonable cause for the seizure of the defendant asset and the institution of this action against the defendant asset.  This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.  Each of the parties shall bear its own fees and costs in connection with the seizure, retention and forfeiture of the defendant asset.

DATED: April 9, 2015

*David O. Carter*
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Presented by:

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

           /S/
_____
FRANK D. KORTUM
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA